# GINSBURG & MISK

ATTORNEYS AT LAW
215-48 JAMAICA AVENUE
QUEENS VILLAGE, N.Y. 11428

JACKSON HEIGHTS OFFICE
37-51 76TH STREET
JACKSON HEIGHTS, N.Y. 11372
(718) 429-4000

(718) 468-0500
FAX (718) 468-0592
E-MAIL· GM@GMLAWYERS.NET

NEW YORK OFFICE
119 WEST 57TH STREET
NEW YORK, N.Y. 10019
(212) 245-0500

November 20, 2008

Honorable Peter G. Sheridan
United States District Court
District of New Jersey 07101

Attn: Dolores Hicks

Dear Ms. Hicks:

I am the attorney for Hye Sung Park. Ms. Park is currently scheduled to be sentenced before Judge Sheridan on December 4, 2008 at 12:00. I am respectfully requesting that her sentencing be adjourned to later that day at 3:00. I have advised AUSA. Harsch of this request as he has no objection.

Thank you for your assistance.

Very truly yours,

Joseph Gillette

SO ORDERED: _____
DATED: ___11/21/08___