PROB 12B
(7/93)

# United States District Court

for

District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Hye Sung Park                                                  Cr.: 07-00492-011
                                                                                                      PACTS Number: 49819

Name of Sentencing Judicial Officer: The Honorable Peter G. Sheridan

Date of Original Sentence: December 8, 2008

Original Offense: Bank Fraud

Original Sentence: 15 months imprisonment, 1 year supervised release, with special conditions of financial disclosure; no new debt; $394,682.09 restitution; and $100 special assessment.

Type of Supervision: Supervised Release                             Date Supervision Commenced: 03/05/10

## PETITIONING THE COURT

[ ]   To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

OTHER CONDITION

The offender shall pay 10% of her monthly gross income towards the restitution until the amount is paid in full.

## CAUSE

The offender is gainfully employed, and it has been determined that she can afford to pay the above-noted amount towards restitution. The offender earns a gross monthly income of $1,160 per month, and has also agreed that she can afford to pay 10% of her gross monthly income towards restitution.

Respectfully submitted,

By: Edward J. Irwin
U.S. Probation Officer
Date: 10/01/10

THE COURT ORDERS:

[ ] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

10/7/10
_____
Date

PROB 49
(NYEP-10/28/05)

# United States District Court

## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and the assistance of counsel before any unfavorable change(s) may be made in my conditions of Probation and/or Supervised Release or before my period of supervision can be extended. By assistance of counsel, " I understand that I have the right to be represented at a hearing by counsel of my choosing if I am able to retain counsel. I also understand that I have the right to request that the Court appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel. "

I hereby voluntarily waive my statutory right to a hearing and to the assistance of counsel. I also hereby agree to the following modification (s) of my conditions of Probation and/or Supervised Release or to the proposed extension of my term of supervision: wing modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall pay 10% of her monthly gross income towards restitution until the amount is paid in full.**

Witness: _____  Signed: _____
U.S. Probation Officer                  Probationer or Supervised Releasee

Date: 9/1/10